

EDUCATION PLANNING
& FINANCING

August 29, 2011

*Via UPS Delivery and
via email to: arthur@cornerblue.com*

CornerBlue, Inc.
Attn: Arthur Chaparyan, CEO
2001 Wilshire Blvd. Suite 515
Santa Monica, CA 90403

Re: Mobile Media Buying Agreements dated April 19, 2011

Dear Mr. Chaparyan:

I am General Counsel of Nelnet, Inc., parent company of CUnet, LLC and I represent both companies. As you are aware, on or about April 19, 2011, CUnet, LLC ("CUnet") and CornerBlue, Inc. ("CornerBlue") entered into five (5) Mobile Media Buying Agreements (collectively, the "Insertion Orders").

Pursuant to the Insertion Orders, CornerBlue was authorized to engage in certain limited mobile media advertising on behalf of CUnet and its clients, including Peterson's CollegeQuest. On June 10, 2011, you were notified, via email from CUnet representative Akeel Haider, that a consumer complaint was received by CUnet regarding an unsolicited "short message service" or "SMS" message received by the consumer. The SMS message stated:

> "Searching for a college or trade school? Get FREE education advice. Call to speak with an advisor now at 866.944.3042. Send stop to opt out."

Notwithstanding that CornerBlue was not at any time authorized to send SMS messages on behalf of CUnet or its clients, the content of the SMS message clearly identified the message as having been sent by CornerBlue, as the phone number in the message (the "866 Number") was assigned exclusively to CornerBlue in connection with marketing the Peterson's CollegeQuest service on behalf of CUnet.

Mr. Haider confirmed in the initial and subsequent email communications with CornerBlue that CUnet did not accept leads generated via "short message service" ("SMS") communication. Indeed, at no time was CornerBlue authorized to send SMS messages on CUnet's behalf. In response to Mr. Haider's communication, CornerBlue acknowledged having sent the offending SMS communication and acknowledged such communications were not authorized on behalf of CUnet.

Enclosed with this letter please find a copy of a Complaint, styled <u>Grant Keating, Individually and on behalf of all others similarly situated v. Peterson's Nelnet, LLC and Nelnet, Inc.</u>, filed in the United States District Court for the Northern District of Ohio on August 24, 2011 (the "Keating Complaint"). As you will discern from a review of the Keating Complaint, the Plaintiff claims that on June 11, 2011, he received an unsolicited SMS message on his cell phone from an automated device, without his consent, and that such message violated the Telephone Consumer Protection Act ("TCPA"). Mr. Keating seeks to have his claim certified as a class action on behalf of others who may have received such messages.




EDUCATION PLANNING
& FINANCING

The content of the SMS message described in the Keating Complaint is identical to that of the message described above. Accordingly, and notwithstanding the notice to CornerBlue that such activities were not authorized or permitted, it appears obvious that CornerBlue failed to discontinue such activities, and delivered the SMS message referenced in the Keating Complaint, without permission or authority from CUnet, in violation of the Insertion Orders.

Section 10 of the Insertion Orders requires that CornerBlue indemnify and hold CUnet harmless against all claims, actions, suits, damages... causes of action, costs or expenses of any kind or nature (including reasonable legal fees and other expenses incurred in investigating and defending against the same) resulting from a breach or other misconduct. Notice is hereby given of the claim and demand of Mr. Keating, as reflected in the Keating Complaint, and that CUnet deems CornerBlue's actions a clear breach of the Insertion Orders. Further, you must immediately provide the name and other contact information regarding your insurance carrier as CUnet intends to file a claim against all applicable policies of insurance you may carry. Regardless of coverage thereunder, CornerBlue shall indemnify and hold CUnet harmless from any claims and demands made pursuant to the Keating Complaint. I look forward to your prompt response.

Sincerely,

*[signature]*

William J. Munn
General Counsel

Enclosure

121 South 13th Street | Suite 201 | Lincoln, NE 68508 | p 402.458.2370 | f 402.458.2399 | www.nelnet.com