IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GRANT KEATING, ) | CASE NO.: 1:11 CV 1775 |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | |
| ) | JUDGMENT ORDER |
| PETERSON'S NELNET, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Motions for Summary Judgment filed by Defendants Nelnet, Inc., Peterson's Nelnet, LLC, and CUnet, LLC. (ECF # 85, 86). For the reasons set forth in this Court's Memorandum Opinion and Order, Defendants' Motions are GRANTED. Judgment is hereby entered in favor of the Defendants.

IT IS SO ORDERED.

                                          */s/ Donald C. Nugent*
                                          DONALD C. NUGENT
                                          United States District Judge

DATED: May 12, 2014