Case No. 14-3558

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

GRANT KEATING, Individually and on behalf of all others similarly situated

    Plaintiff - Appellant

v.

NELNET, INC; CUNET, LLC                                     1:11cv1775

    Defendants - Appellees


  Upon consideration of the appellant's motion to dismiss Peterson's Nelnet, LLC, as an appellee on appeal,

  It is therefore **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 25, 2014